IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　2:06-cv-1910-GEB-KJM
　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　)　<u>ORDER RE:　SETTLEMENT</u>
　　　　　　　　　　　　　　　　　　　　)　<u>AND DISPOSITION</u>
BK GILL, INC., individually and　　　 )
d/b/a BK Food Mart;　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　)
_____)

　　　　　On November 16, 2006, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than December 6, 2006. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure

/////
/////
/////
/////
/////

1

1 | to file dispositional papers on the date prescribed by the Court may
2 | be grounds for sanctions.").
3 |      IT IS SO ORDERED.
4 | Dated:  November 17, 2006

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge